**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 NOV 18 PM 4: 16

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:14CR3132 |
| Plaintiff, | |
| vs. | INDICTMENT |
| ZACHARY SMALL, | 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(2) |

The Grand Jury charges that

## COUNT I

On or about the 6th day of August, 2014, in the District of Nebraska, the defendant, ZACHARY SMALL, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, Possession of a Controlled Substance with Intent to Deliver, in the District Court of Adams County, Nebraska, on or about September 11, 2013, did knowingly possess in and affect interstate commerce, a firearm, that is, one Hi-Point brand .40 caliber, model JCP, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

1

District of Nebraska

    The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
MARTIN R. KLEIN, #22917
Special Assistant United States Attorney