IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

ZACHARY SMALL,

                Defendant.

**EXHIBIT LIST**

Case No.      4:14CR3132
Deputy:       Jeri Bierbower
Reporter:     Digital Recorder
Date:         November 24, 2014

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|-----|-----|-------|-------------|-----|-----|------|----------|------|
|     | 101 |       | Defendant's Pretrial Release proposal | X |  | X |  | 11/24/14 |
|     |     |       |             |     |     |      |          |      |
|     |     |       |             |     |     |      |          |      |

**OBJECTIONS**
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)