IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14CR3132-JMG-CRZ |
| vs. | NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |
| ZACHARY SMALL, | |
| Defendant. | |

Comes now the Plaintiff, United States of America, by and through the undersigned Special Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to defendant in the above-captioned case.

DATED this 10th day of December, 2014.

UNITED STATES OF AMERICA, Plaintiff

DEBORAH R. GILG
United States Attorney
District of Nebraska

By: s/ Martin R. Klein
MARTIN R. KLEIN, #22917
Special Assistant U.S. Attorney
100 Centennial Mall North
487 Federal Building
Lincoln, NE 68508-3865
Tel: (402) 437-5241
Fax: (402) 437-5390
E-mail: martin.klein@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:  John C. Vanderslice.

                                              s/ Martin R. Klein
                                              Special Assistant U.S. Attorney