IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>ZACHARY SMALL,<br><br>                    Defendant. | 4:14CR3132<br><br>DETENTION ORDER |

    The defendant was previously released on conditions, and he has now pleaded guilty in the above-captioned case. After being released on conditions, he was sentenced by the Adams County Court on February 17, 2015, to a term of 20 months to 4 years imprisonment on charges that were pending prior to his initial appearance. He is currently serving his state sentence.

    The defendant cannot comply with the conditions of federal pretrial supervision. In the absence of pretrial supervision, his release following completion of his state sentence would pose a risk of harm to the community and a risk of flight.

    Accordingly,

    IT IS ORDERED:

    The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

    April 14, 2015.                                      BY THE COURT:

                                                                       *s/ Cheryl R. Zwart*
                                                                       United States Magistrate Judge