IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ZACHARY SMALL,<br><br>　　　　Defendant. | Case No. 4:14CR3132<br><br>RECEIPT FOR RETURNED EXHIBITS |

Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case.

Exhibit 101 from Detention Hearing held 11/24/14.

Counsel of Record for  Plaintiff  or  Defendant

(circle one)

DATED: 2-4-16

BY: *Aimee Baade*

proc\Exhibits\Form-Receipt for Withdrawal of Stored Exhibits, appeal time expired.wpd
Approved: October 27, 2006